ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@egcfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Katherine F. Murray (State Bar No. 211987)
  kmurray@egcfirm.com
Armine Alajajian (State Bar No. 313211)
  aalajajian@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
DFINITY FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFINITY FOUNDATION, A NON-PROFIT ORGANIZATION,<br><br>       Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC.,<br><br>       Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br>1. **TRADEMARK INFRINGEMENT [15 U.S.C. § 1114];**<br>2. **FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(A)];**<br>3. **COMMON LAW UNFAIR COMPETITION;**<br>4. **VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW [BUS. & PROF. CODE § § 17200, ET SEQ.]**<br><br>**DEMAND FOR JURY TRIAL** |

2026259.3

COMPLAINT

Plaintiff DFINITY Foundation, a Non-Profit Organization ("Plaintiff" or "Dfinity"), as and for its complaint against defendant Meta Platforms, Inc., f/k/a/ Facebook, Inc. ("Defendant" or "Meta"), alleges as follows:

## PARTIES

1.      Plaintiff is a Swiss not-for-profit organization with its principal place of business in Zurich, Switzerland.  Plaintiff is the owner of the registered trademark at issue herein.

2.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a Delaware corporation with its principal place of business in Menlo Park, California.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28. U.S.C. §§ 1331 and 1338 because the action arises under the federal Lanham Act.  *See* 17 U.S.C. §§ 101, *et seq.*; *See* 15 U.S.C. §§ 1051, *et seq.*  This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4.      Venue in this district is proper under 28 U.S.C. § 1391 because Meta maintains its principal place of business in this judicial district.

5.      This Court has personal jurisdiction over Meta because Meta maintains its principal place of business in California, and specifically within this judicial district.

## INTRADISTRICT ASSIGNMENT

6.      This intellectual property action shall be assigned on a district-wide basis pursuant to Civil L.R. 3-2(c).

## GENERAL ALLEGATIONS

**A.      Dfinity And Its Trademark Registration**

7.      Founded in October 2016, Dfinity is a nonprofit organization based in Zurich, Switzerland, with research and development centers in Palo Alto, San Francisco, Tokyo and Shanghai.  Dfinity develops the Internet Computer, a public,

infinite blockchain network designed to host smart contracts using subnets.  Each subnet is a blockchain that consists of some number of decentralized, independently owned and controlled machines around the world that run the software components of the Internet Computer protocol.  The Internet Computer thus extends the functionality of the internet from connecting billions of people to also providing millions of developers and entrepreneurs with a public compute platform—creating a revolutionary new way to build websites, enterprise systems and internet services within an open environment.  This generational shift in computing aims to take on Big Tech and its growing control over user data and return the Internet back to its free and open roots.

8.      On October 9, 2018, the United States Patent and Trademark Office ("USPTO") granted Dfinity registration of the following trademark on the Principal Register, Registration No. 5577734, pursuant to filing basis 66A.  On March 30, 2017, the World Intellectual Property Organization issued International Registration No. 1350127 for this mark:



9.      The mark is described as "an infinity symbol with the word 'DFINITY' under the symbol," and applies to four International Classifications: 009 (Electrical and scientific apparatus), 035 (Advertising and business), 038 (Telecommunications) and 042 (Computer and scientific).  Dfinity obtained registration of its mark for use in connection with the following goods and services, among others: "Computer software for decentralized platforms, namely, software for using a consensus engine incorporating blockchain technology for securing data with cryptographic information"; "Design and development of computers and

software"; and "Hosting of digital content on the Internet, namely, computerized data, files, applications and information."

10.    Color is not claimed as a feature of the mark, and thus Dfinity's ownership extends to color variations, including:



11.    Dfinity has been using this mark on its website since at least March 2017.  Below is current image from Dfinity's landing page:

## Infinite blockchain that serves web

**B.    Meta's Use of The DFINITY MARK**

12.    On October 28, 2021, Facebook, Inc., was rebranded as Meta.

13.    When introducing Meta, CEO Mark Zuckerberg stated that "Meta's focus will be to bring the metaverse to life and help people connect, find communities and grow businesses."[1]  In a December 2021 internal note to employees, Andrew Bosworth, Meta's Chief Technology Officer, laid out a vision for Meta to adopt and work with blockchain technologies, noting that such

---

[1] https://about.fb.com/news/2021/10/facebook-company-is-now-meta

technology could have "profound impacts on our industry over the next decade."[2]
Bosworth added, "My overall guidance is to target a deep compatibility with the
blockchain," and he suggested investments in areas including blockchain-based
smart contracts and decentralized autonomous organizations.[3]  In his Founder's
Letter, Zuckerberg states:  "The metaverse will not be created by one company.  It
will be built by creators and developers making new experiences and digital items
that are interoperable and unlock a massively larger creative economy than the one
constrained by today's platforms and their policies." [4]

14.    The Meta name came with a new logo:



15.    The logo is featured on several of Meta's website pages, often more
than once on the same page:



_____

[2] https://www.nytimes.com/2021/12/22/technology/meta-facebook-web3-blockchain.html

[3] *Id.*

[4] https://about.fb.com/news/2021/10/founders-letter/

16.    Meta's also boasts variations of this logo on its website, including:

 

17.    When introducing the new logo, Mark Zuckerberg stated: "The word 'meta' comes from the Greek word meaning 'beyond.'  For me, it symbolizes that there is always more to build, and there is always a next chapter to our story."[5]

18.    An article published by Facebook described Meta's logo as follows:

Unlike traditional brand design processes, we designed this symbol to live in motion and 3D. Drawn from a single line in space using our own Quest technology, the Meta symbol forms a continuous loop that works seamlessly between 2D and 3D contexts. It is designed to be experienced from different perspectives and interacted with. It can resemble an M for "Meta," and also at times an infinity sign, symbolizing infinite horizons in the metaverse.[6]

19.    Meta and Dfinity seek to attract the same users, namely those who are looking for an innovative and different internet experience, created by users, for users.  Further, both Meta and Dfinity utilize the same marketing channels such that consumers will likely encounter the marks through those same channels.

---

[5]  *See* https://about.fb.com/news/2021/10/founders-letter/

[6] *See* https://design.facebook.com/stories/designing-our-new-company-brand-meta/

20.    On March 18, 2022, Meta filed an application to register its logo on the principal register of the USPTO with the intent to use the mark in International Class 042, which is one of the Classes for which Dfinity's Mark has been registered. Plaintiff is informed and believes that, in its application, Meta describes its mark as "a geometric design consisting of two loops."  A true and correct copy of the search results for Meta's trademark filing, generated from the United States Patent and Trademark Office's Trademark Electronic Search System (TESS), is attached hereto as Exhibit A.

21.    Despite knowledge of Dfinity's mark, Meta chose to proceed with its application to obtain registration in some of the same or similar areas in which Dfinity has already obtained registration for its mark.  For instance, in its description of Goods and Services, Meta used several of the same or similar goods and services for which Dfinity has already obtained trademark registration, including the following identical descriptions: "Design and development of computer hardware and software"; "Hosting software applications of others;" and "Hosting of digital content on the internet."

22.  The similarities between Meta's mark and Dfinity's mark, and Meta's intended use of its mark in the same space and through the same customer base as Dfinity, will cause confusion because consumers will mistakenly believe that Meta and its services are connected with, sponsored by, affiliated with, or related to Dfinity, or that Dfinity and its services are connected with, sponsored by, affiliated with or related to Meta.

23.  Meta knowingly infringed Dfinity's mark because it had constructive notice of Dfinity's rights in its federally registered trademark under 15 U.S.C. § 1072, which states: "Registration of a mark on the principal register provided by this Act or under the Act of March 3, 1981, or the Act of February 20, 1905, shall be constructive notice of the registrant's claim of ownership thereof."  Further, in seeking to register its own mark, it is highly likely that Meta searched for related

marks and evaluated Meta's likelihood of obtaining a registration on its mark. Indeed, a basic Google search of "Dfinity" identifies Dfinity with its mark:



24.     Based on information and belief, Dfinity has lost or will lose revenue from the sales of its services in connection with Dfinity's mark.

25.     Meta's conduct is the result of willful and wanton disregard of Dfinity's established and superior rights.  Meta adopted and used, and continues to use, the DFINITY MARK without authorization and with knowledge of Dfinity's superior rights.  Dfinity has suffered, and will continue to suffer, irreparable injury as a result of Meta's unlawful action and has no adequate remedy at law.  Unlike Facebook's (now Meta) centralized, closed system, Dfinity's focus is on decentralization and interoperability.  Any association between Dfinity and Meta would cause consumers, including users and developers, to question Dfinity's core mission.  Moreover, Dfinity would be severely harmed in its development of the Internet Computer and its ability to attract users if those users were to associate Dfinity with Meta's sordid online privacy history.  For instance, in 2018, it was revealed that Cambridge Analytica, a British political consulting firm, obtained millions of Facebook users' personal data using used Facebook's Open Graph Platform, without users' consent.  The U.S. Federal Trade Commission fined Facebook $5 billion for its role in the data harvesting, and the following year, Facebook agreed to pay a £500,000 fine to the UK Information Commissioner's Office for exposing its users' data.  Any connection made between Dfinity and Meta (formerly, Facebook) based on their use of the same mark could cause users to affiliate Dfinity with privacy violations, or an unwillingness or inability to protect user data.  This would cause serious reputational harm to Dfinity as it seeks to

1  attract users to the Internet Computer, which is being promoted to shield users from

2  outside intrusion.

### FIRST CLAIM FOR RELIEF

**(Trademark Infringement Pursuant to 15 U.S.C. § 1114)**

5  26.     Dfinity incorporates by reference Paragraphs 1 through 24 above as

6  though fully set forth herein.

7  27.     Dfinity owns a valid registration issued by the United States Patent and

8  Trademark Office for its trademark, (the "DFINITY MARK"), in a variety of

9  classes and categories, including for computer services.

10  28.     The DFINITY MARK is a valid, protectable mark that DFINITY uses

11  in commerce.

12  29.     Meta's use of its infinity logo, (the "META MARK"), infringes on the

13  DFINITY MARK because it is likely to cause confusion, or to cause mistake, or to

14  deceive.  The parties' trademarks are substantially similar and used in connection

15  with some of the same category of goods and services.

16  30.     Dfinity has not consented to Meta's use of the META MARK.

17  31.     Meta's unauthorized use of the META MARK constitutes trademark

18  infringement in violation of 15 U.S.C. § 1114.

19  32.     As a proximate result of the unfair advantage accruing to Meta from

20  using a confusingly similar mark, Meta has made substantial sales and profits in

21  amounts to be established according to proof.

22  33.     As a proximate result of the unfair advantage accruing to Meta from

23  using a confusingly similar mark, Dfinity has suffered damages in amounts to be

24  established according to proof.

25  34.     Unless restrained by the Court, Meta will continue to infringe the

26  DFINITY MARK.  Pecuniary compensation will not afford Dfinity adequate relief

27  for the damage to its trademark and brand.  In the absence of injunctive relief,

28  consumers are likely to continue to be confused, mistaken or deceived.

35.    Because of Defendant's willful acts of trademark infringement, this is an exceptional case making Dfinity eligible for an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a).

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin)

36.    Dfinity re-alleges and incorporates herein by reference each and every allegation set forth above.

37.    Meta has used the META MARK in a way that is likely to cause confusion and/or mistake among relevant consumers by falsely suggesting that Meta and its services are connected with, sponsored by, affiliated with, or related to Dfinity, or that Dfinity and its services are connected with, sponsored by, affiliated with or related to Meta.

38.    Meta's unauthorized use of the META MARK constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

39.    As a proximate result of the unfair advantage accruing to Meta from using a confusingly similar mark, Meta has made substantial sales and profits in amounts to be established according to proof.

40.    As a proximate result of the unfair advantage accruing to Meta from using a confusingly similar mark, Plaintiff has suffered damages in amounts to be established according to proof.

41.    Unless restrained by the Court, Meta will continue to infringe the DFINITY MARK.  Pecuniary compensation will not afford Dfinity adequate relief for the damage to its trademark and brand.  In the absence of injunctive relief, consumers are likely to continue to be confused, mistaken or deceived as to the true source, origin, sponsorship, endorsement and affiliation of the parties' marks.

42.    Because of Meta's willful acts of trademark infringement, this is an exceptional case making Dfinity eligible for an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**THIRD CLAIM FOR RELIEF**

**(Common Law Unfair Competition)**

43.     Dfinity re-alleges and incorporates herein by reference each and every allegation set forth above.

44.     Defendant's unauthorized use of the META MARK is likely to cause consumer confusion as to the source, origin, sponsorship, and association of Defendant's offerings/services.

45.     Dfinity will be irreparably harmed by Meta's actions unless Meta is enjoined by this Court.

46.     Meta has no adequate remedy at law.

47.     Dfinity is entitled to recover damages and/or Meta's profits in an amount to be determined at trial.

48.     Dfinity is informed and believes, and thereon alleges, that the Defendant committed the foregoing acts with the intention of depriving Dfinity of its legal rights, with oppression, fraud, and/or malice, and in conscious disregard of Dfinity's rights.  Dfinity is, therefore, entitled to an award of exemplary and punitive damages, according to proof.

**FOURTH CLAIM FOR RELIEF**

**(Violation Of California's Unfair Competition Law [Bus. & Prof. Code § § 17200, *et seq*.])**

49.     Dfinity re-alleges and incorporates by reference the above allegations.

50.     Meta has committed acts of unfair competition, as defined by California Business and Professions Code § 17200, by infringing upon Dfinity's trademark.

51.     Dfinity has suffered injury as a direct and proximate result of Meta's unfair and unlawful conduct because, upon information and belief, Meta's unlawful acts have caused customer confusion.

52.     Dfinity is without an adequate remedy at law.  Defendant's unlawful conduct is ongoing and will continue absent injunctive relief causing continued injury to Dfinity.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.      For preliminary and permanent injunctions enjoining and restraining Defendant, its agents, employees, representatives, partners, joint venturers, and/or anyone acting on behalf of, or in concert with Defendant, from:

          a.      using the META MARK, or any other mark that is confusingly similar to Dfinity's DFINITY MARK;

          b.      doing any act or thing likely to confuse or to deceive consumers into believing that there is some connection, affiliation or sponsorship between Meta and Dfinity;

2.      For an order requiring Meta, pursuant to 15 U.S.C. § 1118, to deliver up for destruction all packaging, advertising and promotional materials in Meta's possession, bearing the META MARK;

3.      For an accounting of all profits obtained by Meta as a result of its infringing acts and an order that Meta hold all such profits in a constructive trust for the benefit of Dfinity;

4.      For an award to Dfinity of all profits earned by Meta from its infringing acts in an amount according to proof;

5.      For compensatory damages according to proof;

6.      For damages resulting from Meta's infringement under the Lanham Act to be trebled due to Meta's willfulness in accordance with 15 U.S.C. § 1117(a);

7.      For exemplary, and/or punitive damages;

8.      For pre-judgment interest on all damages awarded by this Court;

9.      For reasonable attorney's fees and costs of suit incurred herein; and

10.     For such other and further relief as the Court deems just and proper.

1

2  DATED:  April 29, 2022          ELLIS GEORGE CIPOLLONE
                                   O'BRIEN ANNAGUEY LLP
3

4

5

6  By: _____

7                                          Dennis S. Ellis
   Attorneys for Plaintiff
8  DFINITY FOUNDATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2     Plaintiff hereby demands a trial by jury.

3

4   DATED:  April 29, 2022         ELLIS GEORGE CIPOLLONE
                                   O'BRIEN ANNAGUEY LLP
5

6

7

8                                  By: _____
9                                           Dennis S. Ellis
                                   Attorneys for Plaintiff
10                                 DFINITY FOUNDATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 24 03:47:22 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  **List At:** [        ] OR Jump to record: [        ]  **Record 2 out of 775**

---

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**

IC 042. US 100 101. G & S: Design and development of computer hardware and software; Providing online non-downloadable software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, engineering, research, development and testing services in the field of mobile application software development related to the use and functionality of hyperlinks; Technical consultation in the field of mobile application software development related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of customized electronic personal and group profiles or webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks;

Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of non-downloadable software to facilitate interactive discussions via communication networks; Providing temporary use of non-downloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Providing an application programming interface (API) to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary access to non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of non-downloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of non-downloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software; Providing

non-downloadable social assistant software; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable featuring technology enabling users to upload and download electronic files; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Encrypted electronic transmission and delivery of recovered data; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of non-downloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Scientific and technological services and research and design relating thereto; Industrial analysis and research services; Computer hardware and software design, development, installation and maintenance; Research services and consulting in the field of information and telecommunications technology; Design of telecommunications apparatus and equipment; Consulting services in the field of design, selection, implementation and use of computer hardware and software systems for others; Providing online software platform featuring technology that enables online users to make payments and transfer funds; Providing online software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machine-executable commands; Analyzing and evaluating social media content; Developing standards for third-party social media content; Conducting proceedings relating to standards concerning third-party social media content; Content moderation and supervision; Web publishing, namely, publishing of decisions concerning third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Computer network services; Providing temporary use of non-downloadable software for opinion polling; Providing software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring technology that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS)

featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Technical support and consultation services for developing applications; Information, advisory and consultancy services relating to voice command and recognition software, speech to text conversion software, and voice-enabled software applications, home automation, and internet-of-things software; Providing information, news, and commentary in the field of science and technology, home decorating, weather, and graphic, interior, product, and fashion design; Technological services, namely, data warehousing services; Application service provider (asp), namely, hosting computer software applications through the internet of others; Consultation services relating to programming of multimedia application management, computer programming, hardware, software, and computer system design and specification; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting of computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Computer, mobile computer, and mobile communication device hardware and software consultation and design; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Computer services; IT services; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services, namely, providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Software as a service (SAAS) services; Platform as a service (PAAS) services; Providing temporary use of non-downloadable cloud computing software; Providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing electronic financial platform software; Providing software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of non-downloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with virtual currency; Providing software for use with digital currency; Providing software for use with cryptocurrency; Providing temporary use of non-downloadable software for use with digital currency wallet and storage services; Providing software for use as a cryptocurrency wallet; Providing software for use as an electronic wallet; Providing software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of non-downloadable software for payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of non-downloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset,

blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Providing a web portal featuring blogs and non-downloadable publications in the nature of articles, columns, and informational guides in the fields of virtual currencies, digital and blockchain assets and market and trading trends; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services; Computer services, namely, providing open source decentralized cloud storage platform; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of non-downloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for use with blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Blockchain-based software platforms and distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of non-downloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized as; Application service provider (ASP); Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing

software applications; Application service provider (ASP) featuring location-aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer consulting, computer programming; Computer hardware and software consultation and design; Computer hardware, software, application, and network consulting services; Computer online services, namely, providing information, online links and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of technology and software development via the internet; Computer software development; Creating, maintaining and hosting of a website and other computer and electronic communication networks featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device hardware and software consultation and design; Mobile computer and mobile communications device software design for others; Non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Non-downloadable computer software for social and destination mapping; Non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Non-downloadable software for creating personalized fitness training programs; Non-downloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Non-downloadable software for ordering and/or purchasing goods and services; Non-downloadable software for processing electronic payments; Non-downloadable software for providing a virtual marketplace; Non-downloadable software for providing personal training services, workouts and fitness assessments; Non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Non-downloadable software for streaming multimedia entertainment content; Non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Online non-downloadable cloud computing software for use in

electronic storage of data; Online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Provide an interactive web site that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Provide use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online facilities that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online sites that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing personal assistant software; Providing search platforms to allow users to request and receive photos, videos, text, data, images, and electronic works; Providing search platforms to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; Providing social assistant software; Providing software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet

protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technological services, namely, data warehousing services

| | |
|---|---|
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.17.25 - Other lines, bands or bars |
| **Serial Number** | 97320153 |
| **Filing Date** | March 18, 2022 |
| **Current Basis** | 1B;44D |
| **Original Filing Basis** | 1B;44D |
| **Owner** | (APPLICANT) **Meta** Platforms, Inc. CORPORATION DELAWARE 1601 Willow Road Menlo Park CALIFORNIA 94025 |
| **Attorney of Record** | Anthony J. Malutta |
| **Priority Date** | October 5, 2021 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a geometric design consisting of two loops. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |