1  ELLIS GEORGE CIPOLLONE
   O'BRIEN ANNAGUEY LLP
2  Dennis S. Ellis (State Bar No. 178196)
      dellis@egcfirm.com
3  Keith J. Wesley (State Bar No. 229276)
      kwesley@egcfirm.com
4  Katherine F. Murray (State Bar No. 211987)
      kmurray@egcfirm.com
5  Armine Alajajian (State Bar No. 313211)
      aalajajian@egcfirm.com
6  2121 Avenue of the Stars, 30th Floor
   Los Angeles, California 90067
7  Telephone: (310) 274-7100
   Facsimile:  (310) 275-5697
8
   Attorneys for Plaintiff
9  DFINITY FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DFINITY FOUNDATION, A NON-PROFIT ORGANIZATION, | Case No. 3:22-cv-02632-CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| META PLATFORMS, INC., | Judge:  Hon. Charles R. Breyer |
| Defendant. | Crtrm:  6 |

2169945.1

Case No. 3:22-CV-02632-CRB

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1    IT IS HEREBY STIPULATED by and between Plaintiff DFINITY Foundation, a non-profit organization, and Defendant Meta Platforms, Inc., by and through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED THAT each party shall bear its own attorneys' fees, expenses and costs in connection with the action.

DATED: February 6, 2023           ELLIS GEORGE CIPOLLONE
                                  O'BRIEN ANNAGUEY LLP
                                      Dennis S. Ellis
                                      Keith J. Wesley
                                      Katherine F. Murray
                                      Armine Alajajian


                                  By:     /s/ Dennis S. Ellis
                                          Dennis S. Ellis
                                  Attorneys for Plaintiff DFINITY FOUNDATION

DATED: February 6, 2023           COOLEY LLP
                                      Bobby A. Ghajar
                                      Angela L. Dunning


                                  By:     /s/ Bobby A. Ghajar
                                          Bobby A. Ghajar
                                  Attorneys for Defendant META PLATFORMS, INC.


**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

Dated: February 6, 2023           By:     /s/ Dennis S. Ellis
                                          Dennis S. Ellis

Date: 2/6/2023

GRANTED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA